USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,         :       15cv9764

       -against-              :

ATLANTIC ASSET MANAGEMENT, LLC  :      ORDER

               Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        On January 26, 2016, the parties appeared before this Court for a status conference. For the reasons discussed on the record at that conference, this Court's January 8, 2016 Amended Order Granting Preliminary Injunction and Other Interim Relief, ECF No. 26, is hereby amended to require reports from the Receiver on a monthly basis. The Receiver shall provide the first such report by February 9, 2016.

Dated: January 26, 2016
       New York, New York

                              SO ORDERED:

                              _____ 1/26/16
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record via ECF.*