

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

September 16, 2016

**VIA UPS Overnight and ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    SEC v. Atlantic Asset Management LLC
              No. 15 Civ. 9764 (WHP)

Dear Judge Pauley:

      We represent the Plaintiff, Securities and Exchange Commission, in the above-referenced matter.

      As the Court directed in its March 25, 2016 Order (DE 80), and at our conference on July 21, 2016, we write to advise the Court that we have reviewed the Receiver's Eighth Compensation Application, and her accompanying Certification, and Receiver's counsel's Seventh Monthly Application, and the Klestadt Certification in support (Docket Entries 138-141) and have discussed them with the Receiver and Receiver's counsel in an effort to address concerns we had regarding the billing rates charged for certain tasks reflected on the invoices. As a result of those discussions, and as reflected in the Receiver's (DE 138 at n.1) and Receiver's Counsel's Applications (DE 140 at n.1), the Receiver and her counsel have agreed to reduce their applications by $900 and $400, respectively. The fees and expense applications of both reflect those reductions.

      With those reductions, the Commission finds the fees and expenses reasonable.

      Respectfully submitted,

      Nancy A. Brown

cc (via email):
    Tracy Klestadt, Esq.
    Joseph Corenau, Esq.
        (Counsel for the Receiver)