UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------
SECURITIES AND EXCHANGE
COMMISSION,

                 Plaintiff,

    -against-

ATLANTIC ASSET MANAGMENT, LLC,

                Defendant.
----------------------------------------------

15cv9764

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

      Having received the SEC's August 9, 2018 letter recommending approval of certain fees and expenses incurred by the Receiver and her counsel, and proposing a hold-back of 20% based on their work in connection with Harford Fire Insurance Company v. Murray, 17cv6855, this Court orders as follows:

1. The Twenty-Ninth, Thirtieth, and Thirty-First Compensation Applications of the Receiver for the periods of April 1 through April 30, 2018 (ECF No. 310), May 1 through May 31, 2018 (ECF No. 314), and June 1 through June 30, 2018 (ECF No. 318), having been reviewed and approved with certain reductions by the SEC, are approved in the amount of $14,628.08.

2. The Twenty-Eighth, Twenty-Ninth, and Thirtieth Compensation Applications of the Receiver's counsel for the periods of April 1 through April 30, 2018 (ECF No. 312), May 1 through May 31, 2018 (ECF No. 316), and June 1 through June 30, 2018 (ECF No. 320), having been reviewed and approved with certain reductions by the SEC, are approved in the amount of $13,525.65.

      This Order is without prejudice to the Receiver and her counsel seeking leave to submit applications for amounts held-back following the resolution of the Hartford matter.

Dated: August 15, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.