UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------

SECURITIES AND EXCHANGE
COMMISSION,

                        15cv9764

                Plaintiff,

                        ORDER

      -against-

ATLANTIC ASSET MANAGMENT, LLC,

              Defendant.

------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        The Receiver and her counsel moved on March 26, 2019 for approval of certain fees and expenses incurred in this Action, as well as the reimbursement of expenses previously held back by this Court. Having received the SEC's April 1, 2019 letter recommending authorization of these fees, expenses, and reimbursements, this Court orders as follows:

1. The Thirty-Third Application of the Receiver for the period of July 1, 2018 through February 28, 2019 (ECF No. 326), having been reviewed and approved by the SEC, is approved in the amount of $16,560.09.

2. The Thirty-First Application of the Receiver's counsel for the period of July 1, 2018 through February 28, 2019 (ECF Nos. 329, 333), having been reviewed and approved by the SEC, is approved in the amount of $21,573.96.

        If there are insufficient assets remaining for the above Applications, the above amounts shall be distributed pro rata as proposed in the Receiver's March 26, 2019 Final Report. (ECF No. 325, Ex. A.) The Clerk of Court is directed to terminate the motions pending at ECF Nos. 324, 326, 329, and 333, and to mark this case as closed.

Dated: April 30, 2019
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.